Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA S. SMALL | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 12-CV-1236 S |
| v. | |
| THE STATE OF NEW YORK, et al. | |

☒ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that judgment is entered in Plaintiff's favor against Defendant New York State Department of Corrections and Community Supervision on Claims 1 and 2 in the amount of $2,400,000 in compensatory damages, $370,000 in back pay, and $1,800,000 in front pay, for a total award of $4,570,000; that judgment is entered in Plaintiff's favor against Defendant Carl Cuer on Claim 3 in the amount of $1,000,000 in compensatory damages and $50,000 in punitive damages, and on Claim 4 in the amount of $680,000 in compensatory damages, $370,000 in back pay, and $1,800,000 in front pay, for a total award of $3,900,000; that judgment is entered in Plaintiff's favor against Defendant Sandra Dolce on Claim 3 in the amount of $480,000 in compensatory damages; that that judgment is entered in Plaintiff's favor against Defendant James Conway on Claim 3 in the amount of $240,000 in compensatory damages.

| | |
|---|---|
| Date: October 11, 2018 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By: s/Kirstie L. Henry<br>    Deputy Clerk |