UNITED STATES DICTRICT COURT
WESTERN DISTRICT OF NEW YORK_____

PAMELA S. SMALL,

                              Plaintiff,                    **ATTORNEY**
                                                           **AFFIRMATION**
        v.

THE STATE OF NEW YORK, et al.,                    Civil Action No.:
                                                  1:12-cv-01236(WMS)
                              Defendants.

----

JENNIFER A. SHOEMAKER, ESQ., an attorney at law, duly licensed to practice law in the State of New York, hereby makes the following statements under penalties of perjury:

1.      I am a partner with the firm of Underberg & Kessler LLP, attorneys for Plaintiff in the above-captioned matter.

2.      I have represented Plaintiff from the inception of this case. As such, I am fully familiar with the facts and circumstances surrounding this matter.

3.      I submit this Affirmation in support of Plaintiff's request for reimbursement of post-trial attorneys' fees and costs.

4.      Following trial, Plaintiff's counsel was required to draft and file several post-trial motions.

5.      In addition, Plaintiff's counsel was required to draft and file responses and replies to the post-trial motions filed by the Defendants.

6.      The Court's Decision dated April 15, 2019, awarded attorneys' fees and costs to the Plaintiff. As such, post-trial fees and costs should be awarded as well.

7.      Plaintiff reserved her right to supplement her fee request to include time preparing and defending these post-trial motions in the initial request for an award of attorney's fees and costs.

8.      Attached as ***Exhibit A*** is our firm's billing statement reflecting time billed for post-trial work from the time of our last request for attorneys' fees to the present.

9.      Attached as ***Exhibit B*** is our firm's billing statement reflecting costs billed for post-trial work from the time of our last request for attorneys' fees to the present.

10.     The Court was previously informed of the qualifications and experience of Ms. Shoemaker, Ms. Nadir and Ms. Hance in the initial request for an award of fees and costs filed in October and December, 2017.  To summarize what has previously been relayed to the Court, Ms. Shoemaker has been practicing law for more than eighteen (18) years, most of which has been in the employment practice area.  Ms. Nadir has over eight (8) years of experience in the employment practice area.  Ms. Hance has more than twenty-eight years' experience as a litigation paralegal.

11.     Based on the experience of our attorneys and staff, the amount of time and hourly rates billed are reasonable and warranted.

12.     Upon review of our previous motion submitted for fees and costs, it came to my attention that our online research costs were inadvertently omitted from that submission.  As such, attached as ***Exhibit C*** is our firm's billing statement for all online research from the beginning of this case to the present.  I ask that the Court award reimbursement for all online research in this matter.

WHEREFORE, based on the foregoing, this Court should grant Plaintiff's request for an award of post-trial attorneys' fees and costs and the cost of all online research from the beginning of this case to the present.

DATED:      April 25, 2019
            Rochester, New York                    UNDERBERG & KESSLER LLP

                                                   *s/Jennifer A. Shoemaker*
                                                   Jennifer A. Shoemaker, Esq., of Counsel
                                                   Attorneys for Plaintiff
                                                   300 Bausch & Lomb Place
                                                   Rochester, New York 14604
                                                   Telephone: (585) 258-2500
                                                   jshoemaker@underbergkessler.com

# EXHIBIT A

# Underberg & Kessler LLP
## Billing Instruction Worksheet

Page:        1
04/25/19      7:24 AM

**Account:** Pamela Small/Pamela Small vs. NYS Department of Corrections
**Requested By:** LORI E. GORDON
**Draft Bill Number:** 373551
**Draft Bill Date:** 04/22/19

**Client(s) / Matter(s):** 999250 / 1
Pamela Small / Pamela Small vs. NYS Department of Corrections

**Contact Name:**

**Billing Address:**

Pamela Small
14 Fath Drive, #5
Cheektowaga, NY 14225

**Timekeeper Assignments:**
Billing: JENNIFER SHOEMAKER
Responsible:        JENNIFER SHOEMAKER
Originating:        JENNIFER SHOEMAKER

| BILLING TO DATE | HOURS | FEES | DIRECT EXPENSES | INDIRECT EXPENSES | AGED ACCOUNTS RECEIVABLE | |
|---|---|---|---|---|---|---|
| RELIEVED: | 0.00 | $0.00 | $0.00 | $0.00 | CURRENT | $0.00 |
| BILLED: | 0.00 | $0.00 | $0.00 | $0.00 | 30 DAYS | $0.00 |
| VARIANCE: | | $0.00 | $0.00 | $0.00 | 60 DAYS | $0.00 |
| % OF REALIZATION: | | 100.0 % | 100.00 % | 100.00 % | 90 DAYS | $0.00 |
| BILLING WRITE UP: | | $0.00 | $0.00 | $0.00 | 120+ DAYS | $0.00 |
| BILLING WRITE DOWN: | | $0.00 | $0.00 | $0.00 | TOTAL | $0.00 |
| RECEIVABLE WRITE OFF: | | $0.00 | $0.00 | $0.00 | | |
| TOTAL OUTSTANDING: | | $0.00 | $0.00 | $0.00 | UNAP. CASH: | $0.00 |
| | | | | | TRUST BAL.: | $0.00 |

## Billing Instructions:

[ ]    Bill In Full
[ ]    Bill  Fees         $ _____
[ ]    Bill  Costs        $ _____
[ ]    Total Fees/Costs   $ _____

[ ]   Reject In Full
[ ]   Write Off  in Full
[ ]   Apply Trust Funds       $_____
[ ]   Apply Unapplied Cash $_____

**Bookkeeping Department Only:**
Bill Number: _____
Bill Date: _____
Bill Mail Date: _____
Billed By: _____

# Underberg & Kessler LLP
## Billing Instruction Worksheet

Billing Attorney Approval:_____          Date:_____

# Underberg & Kessler LLP
## Billing Instruction Worksheet

Page:          3
04/25/19      7:24 AM

Matter Opened: 9/1/2011

| | | | | | |
|---|---|---|---|---|---|
| Assigned Bill Format: | UKDOLLAR | | | | |
| Billing Frequency: | Demand | | | | |
| Draft Bill Fee Amount: | $60,975.00 | Draft Bill Cost Amount: | $11,218.64 | Draft Bill Total: | $72,193.64 | Last Bill Amount: | $0.00 |

Last Payment:            n/a
Last Bill Date:          n/a
Last Time Worked:        04/24/2019
Last Cost Entered:       04/02/2019

Fees and Costs Thru Date:    4/22/2019

Area of Law:             DOMESTIC RELATIONS

Office:                  ROCHESTER
Department:              LITIGATION

# Underberg & Kessler LLP
# Billing Instruction Worksheet

### Timekeeper Summary

| Timekeeper Name | Rate | Hours | Amount | Bill This Amount: |
|---|---|---|---|---|
| ALINA NADIR | $260.00 | 165.6 | $43,056.00 | _____ |
| ALINA NADIR | $270.00 | 1.5 | $405.00 | _____ |
| JANICE HANCE | $175.00 | 15.8 | $2,765.00 | _____ |
| JANICE HANCE | $180.00 | 6.9 | $1,242.00 | _____ |
| JENNIFER SHOEMAKER | $320.00 | 35.1 | $11,232.00 | _____ |
| JENNIFER SHOEMAKER | $325.00 | 7 | $2,275.00 | _____ |
| | TOTAL: | | $60975.00 | |

### Fees

| Client Code | Matter Code | Work Date | Transaction No. | Timekeeper | Description | Hours | Rate | Amount | Bill This Amount: |
|---|---|---|---|---|---|---|---|---|---|
| 999250 | 1 | 09/28/18 | 3045909 | JANICE HANCE | Return from Buffalo following conclusion of trial; attend conference calls with J. Shoemaker and A. Nadir with media; interoffice conferences with attorneys flowing trial result. | 4.00 | $175.00 | $700.00 | _____ |
| 999250 | 1 | 10/01/18 | 3048899 | JANICE HANCE | Receipt and review of voluminous e-filings during the trial; download and save jury verdict form; e-mails from and to T. Leatherland regarding jury result. | .50 | $175.00 | $87.50 | _____ |
| 999250 | 1 | 10/01/18 | 3055897 | JENNIFER SHOEMAKER | Review court filing notices; organize notes and file. | .50 | $320.00 | $160.00 | _____ |
| 999250 | 1 | 10/02/18 | 3047839 | ALINA NADIR | Conduct legal research into Title VII fee applications and prejudgment interest. | 4.90 | $260.00 | $1,274.00 | _____ |
| 999250 | 1 | 10/03/18 | 3048019 | ALINA NADIR | Continue legal research related to filing motion for fees, interest and costs. | 6.70 | $260.00 | $1,742.00 | _____ |
| 999250 | 1 | 10/03/18 | 3056672 | JENNIFER SHOEMAKER | Research and conferences regarding attorneys fees and pre and post judgment interest and costs. | 1.40 | $320.00 | $448.00 | _____ |
| 999250 | 1 | 10/04/18 | 3048369 | ALINA NADIR | Continue legal research related to filing motion for fees, interest and costs; begin drafting motion for same. | 4.40 | $260.00 | $1,144.00 | _____ |
| 999250 | 1 | 10/04/18 | 3052204 | JANICE HANCE | Receipt and review of letter from the NYS Insurance Fund regarding workers' comp lien; e-mails to and from J. Shoemaker and A. Nadir regarding same. | .30 | $175.00 | $52.50 | _____ |

# Underberg & Kessler LLP
## Billing Instruction Worksheet

Page: 5
04/25/19   7:24 AM

| Client Code | Matter Code | Work Date | Transaction No. | Timekeeper | Description | Hours | Rate | Amount | Bill This Amount: |
|---|---|---|---|---|---|---|---|---|---|
| 999250 | 1 | 10/04/18 | 3056709 | JENNIFER SHOEMAKER | Review letter from state insurance fund; conferences with media; conferences regarding workers compensation lein.l | .70 | $320.00 | $224.00 | _____ |
| 999250 | 1 | 10/05/18 | 3052216 | JANICE HANCE | Receipt and review of additional article regarding jury verdict; review e-mails from R. Silberstein regarding interview with DOCCS counsel; interoffice conference with A. Nadir. | .30 | $175.00 | $52.50 | _____ |
| 999250 | 1 | 10/05/18 | 3057709 | JENNIFER SHOEMAKER | Conferences regarding attorneys' fees motion and interest; research and review time entries. | 1.60 | $320.00 | $512.00 | _____ |
| 999250 | 1 | 10/08/18 | 3048770 | ALINA NADIR | Conduct legal research re: WDNY standard for reasonable attorney fees and rates. | 6.40 | $260.00 | $1,664.00 | _____ |
| 999250 | 1 | 10/08/18 | 3052227 | JANICE HANCE | Review additional article regarding verdict and forward to J. Shoemaker and A. Nadir; interoffice conference with A. Nadir regarding same, status, motions, etc. | .30 | $175.00 | $52.50 | _____ |
| 999250 | 1 | 10/09/18 | 3049090 | ALINA NADIR | Conduct legal research re: hourly rates found to be acceptable in WDNY. | 2.90 | $260.00 | $754.00 | _____ |
| 999250 | 1 | 10/11/18 | 3050636 | ALINA NADIR | Continue research related to motion for fees, costs, interest; draft motion. | 2.90 | $260.00 | $754.00 | _____ |
| 999250 | 1 | 10/11/18 | 3052339 | JANICE HANCE | Receipt and review of Order entering Judgment and interoffice conference with A. Nadir regarding same; receipt and review of Judgment filed by the Court. | .40 | $175.00 | $70.00 | _____ |
| 999250 | 1 | 10/11/18 | 3056741 | JENNIFER SHOEMAKER | Review text order directing entry. | .20 | $320.00 | $64.00 | _____ |
| 999250 | 1 | 10/12/18 | 3050945 | ALINA NADIR | Draft motion for fees, costs and interest. | 1.80 | $260.00 | $468.00 | _____ |
| 999250 | 1 | 10/15/18 | 3053948 | JANICE HANCE | Organize and relocate file upon completion of trial. | .60 | $175.00 | $105.00 | _____ |
| 999250 | 1 | 10/16/18 | 3051475 | ALINA NADIR | Draft motion for fees, costs and interest; continue research for hourly rates found to be reasonable in WDNY. | 5.90 | $260.00 | $1,534.00 | _____ |
| 999250 | 1 | 10/17/18 | 3054101 | JANICE HANCE | Review file regarding status, preparation of motion for fees and costs, etc.; e-mails to and from L. Gordon regarding costs report; receipt and review of costs report; receipt and review of two additional articles regarding verdict and DOCCS | .60 | $175.00 | $105.00 | _____ |

# Underberg & Kessler LLP
## Billing Instruction Worksheet

| Client Code | Matter Code | Work Date | Transaction No. | Timekeeper | Description | Hours | Rate | Amount | Bill This Amount: |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | environment. | | | | |
| 999250 | 1 | 10/17/18 | 3057552 | ALINA NADIR | Conduct legal research re: recouping expert fees; draft motion for fees, costs and interest. | 5.60 | $260.00 | $1,456.00 | _____ |
| 999250 | 1 | 10/18/18 | 3052326 | ALINA NADIR | Review list of litigation costs and identify necessary revisions; draft affirmation for motion for fees. | 2.10 | $260.00 | $546.00 | _____ |
| 999250 | 1 | 10/18/18 | 3054128 | JANICE HANCE | Interoffice conferences with A. Nadir to obtain costs report and what it must entail to be accepted and approved by the court; precept and review of draft report and follow up regarding trial expenses and narrative descriptions to be added. | 1.10 | $175.00 | $192.50 | _____ |
| 999250 | 1 | 10/19/18 | 3057702 | JENNIFER SHOEMAKER | Work on motion for attorneys fees; research regarding attorneys fees; conference with A. Nadir. | 2.30 | $320.00 | $736.00 | _____ |
| 999250 | 1 | 10/22/18 | 3054182 | JANICE HANCE | Locate and download cases cited in Brief for motion for attorney's fees for use in preparing motion for our client; Shepardize cases. | 1.60 | $175.00 | $280.00 | _____ |
| 999250 | 1 | 10/23/18 | 3054197 | JANICE HANCE | Continue locating, downloading and Shepardizing cases cited in Brief. | 1.50 | $175.00 | $262.50 | _____ |
| 999250 | 1 | 10/23/18 | 3058138 | ALINA NADIR | Revise motion for fees and affirmation. | 2.10 | $260.00 | $546.00 | _____ |
| 999250 | 1 | 10/24/18 | 3053774 | ALINA NADIR | Revise motion for fees, costs and interest; research re: deadline for fee applications; conference with J. Shoemaker re: same. | 5.30 | $260.00 | $1,378.00 | _____ |
| 999250 | 1 | 10/24/18 | 3057697 | JENNIFER SHOEMAKER | Review all time entries for motion for attorneys fees; research regarding interest and costs; conferences with A. Nadir regarding motion; review and revise motion papers. | 8.40 | $320.00 | $2,688.00 | _____ |
| 999250 | 1 | 10/25/18 | 3054139 | ALINA NADIR | Draft motion for fees, costs and interest; complete additional research for supporting case law re: reasonableness of award generally; review complete BIWs and determine best method/format to include in motion; finalize motion and affirmation and file. | 8.90 | $260.00 | $2,314.00 | _____ |
| 999250 | 1 | 10/25/18 | 3057295 | JANICE HANCE | E-mails from and to A. Nadir regrading the | 1.00 | $175.00 | $175.00 | _____ |

# Underberg & Kessler LLP
## Billing Instruction Worksheet

| Client Code | Matter Code | Work Date | Transaction No. | Timekeeper | Description | Hours | Rate | Amount | Bill This Amount: |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | filing of the motion; e-mails to and from and interoffice conferences with L. Gordon regarding costs report and narrative entries; receipt and review of same. | | | | |
| 999250 | 1 | 10/25/18 | 3057691 | JENNIFER SHOEMAKER | Review and revise attorneys fees motion. | 1.50 | $320.00 | $480.00 | _____ |
| 999250 | 1 | 10/26/18 | 3057367 | JANICE HANCE | Receipt and review of filing notification of motion and download and save same; receipt and review of filing notification from the Court requesting filing correction; interoffice conference with A. Nadir regarding same. | .40 | $175.00 | $70.00 | _____ |
| 999250 | 1 | 11/07/18 | 3061996 | JANICE HANCE | Receipt and review of text order advising of motion due date. | .20 | $175.00 | $35.00 | _____ |
| 999250 | 1 | 11/07/18 | 3065503 | JENNIFER SHOEMAKER | Review scheduling notice from court regarding motion for attorneys' fees. | .20 | $320.00 | $64.00 | _____ |
| 999250 | 1 | 11/08/18 | 3065519 | JENNIFER SHOEMAKER | Review motion for new trial; notice to appeal; office conference regarding same. | .50 | $320.00 | $160.00 | _____ |
| 999250 | 1 | 11/09/18 | 3059867 | ALINA NADIR | Review defendants' Rule 59 motions; emails to/from J. Shoemaker re: same and re: NYS's motion for extension to respond to fee application; draft response affirmation to motion for extension. | 5.40 | $260.00 | $1,404.00 | _____ |
| 999250 | 1 | 11/09/18 | 3062013 | JANICE HANCE | Receipt and review of Cuer's motion to alter judgment and State's motion to amend and request a new trial and motions requesting an extension of time to respond to motion for fees. | .40 | $175.00 | $70.00 | _____ |
| 999250 | 1 | 11/09/18 | 3065525 | JENNIFER SHOEMAKER | Review motion to extend time to answer motion for attorneys fees; review and revise response to motion; conference with A. Nadir. | .50 | $320.00 | $160.00 | _____ |
| 999250 | 1 | 11/13/18 | 3060692 | ALINA NADIR | Phone call with Second Circuit re: admission to court for defendant's appeal. | .20 | $260.00 | $52.00 | _____ |
| 999250 | 1 | 11/13/18 | 3062097 | JANICE HANCE | Receipt and review of notice from Court regarding Rule for Court of Appeals on filing forms C&D; interoffice conference with A. Nadir regarding same. | .30 | $175.00 | $52.50 | _____ |
| 999250 | 1 | 11/13/18 | 3065772 | JENNIFER | Review Second Circuit efiling regarding | .20 | $320.00 | $64.00 | _____ |

# Underberg & Kessler LLP
## Billing Instruction Worksheet

| Client Code | Matter Code | Work Date | Transaction No. | Timekeeper | Description | Hours | Rate | Amount | Bill This Amount: |
|---|---|---|---|---|---|---|---|---|---|
| | | | | SHOEMAKER | forms. | | | | |
| 999250 | 1 | 11/14/18 | 3066037 | ALINA NADIR | Work on responses to Rule 59 motions. | 3.70 | $260.00 | $962.00 | _____ |
| 999250 | 1 | 11/15/18 | 3061712 | ALINA NADIR | Begin drafting and legal research for responses to Rule 59 motions. | 6.30 | $260.00 | $1,638.00 | _____ |
| 999250 | 1 | 11/15/18 | 3065829 | JENNIFER SHOEMAKER | Conference regarding responsive brief. | .20 | $320.00 | $64.00 | _____ |
| 999250 | 1 | 11/15/18 | 3065887 | JANICE HANCE | Review court rules regarding motion response dates in absence of a scheduling order; forward same to J. Shoemaker and A. Nadir; e-mails from J. Shoemaker and A. Nadir regarding same; receipt and review of the Court's text order regarding response dates. | .90 | $175.00 | $157.50 | _____ |
| 999250 | 1 | 11/16/18 | 3066039 | ALINA NADIR | Work on Rule 59 motion responses. | 4.10 | $260.00 | $1,066.00 | _____ |
| 999250 | 1 | 11/20/18 | 3062185 | ALINA NADIR | Work on FRCP 59 motion responses. | 3.90 | $260.00 | $1,014.00 | _____ |
| 999250 | 1 | 11/26/18 | 3062845 | ALINA NADIR | Continue work on responses to Rule 59 motions. | 1.10 | $260.00 | $286.00 | _____ |
| 999250 | 1 | 11/27/18 | 3066097 | ALINA NADIR | Work on FRCP 59 motions responses. | 3.10 | $260.00 | $806.00 | _____ |
| 999250 | 1 | 11/28/18 | 3066108 | ALINA NADIR | Work on motion responses. | 5.10 | $260.00 | $1,326.00 | _____ |
| 999250 | 1 | 11/29/18 | 3066111 | ALINA NADIR | Work on motion responses. | 6.40 | $260.00 | $1,664.00 | _____ |
| 999250 | 1 | 11/30/18 | 3064524 | ALINA NADIR | Continue work on responses to Rule 59 motions; relevant legal research. | 5.10 | $260.00 | $1,326.00 | _____ |
| 999250 | 1 | 12/03/18 | 3066241 | ALINA NADIR | Draft responses to defendants' motions for new trial or to alter judgment. | 6.30 | $260.00 | $1,638.00 | _____ |
| 999250 | 1 | 12/04/18 | 3066398 | ALINA NADIR | Draft responses to defendants' motions for new trial or to alter judgment. | 4.80 | $260.00 | $1,248.00 | _____ |
| 999250 | 1 | 12/05/18 | 3066700 | ALINA NADIR | Draft responses to defendants' motions for new trial or to alter judgment. | 6.10 | $260.00 | $1,586.00 | _____ |
| 999250 | 1 | 12/06/18 | 3067742 | JANICE HANCE | E-mails from client and A. Nadir regarding status. | .20 | $175.00 | $35.00 | _____ |
| 999250 | 1 | 12/06/18 | 3073013 | JENNIFER SHOEMAKER | Conference regarding appeal and motion to set aside verdict; review and revise draft response. | 1.30 | $320.00 | $416.00 | _____ |
| 999250 | 1 | 12/06/18 | 3073438 | ALINA NADIR | Draft responses to defendants' motions for new trial or to alter judgment. | 6.10 | $260.00 | $1,586.00 | _____ |
| 999250 | 1 | 12/07/18 | 3067229 | ALINA NADIR | Draft responses to defendants' motions for new trial or to alter judgment. | 6.40 | $260.00 | $1,664.00 | _____ |
| 999250 | 1 | 12/07/18 | 3068695 | JANICE HANCE | E-mails from A. Nadir and client regarding status. | .20 | $175.00 | $35.00 | _____ |

# Underberg & Kessler LLP
## Billing Instruction Worksheet

Page: 9
04/25/19   7:24 AM

| Client Code | Matter Code | Work Date | Transaction No. | Timekeeper | Description | Hours | Rate | Amount | Bill This Amount: |
|---|---|---|---|---|---|---|---|---|---|
| 999250 | 1 | 12/07/18 | 3073282 | JENNIFER SHOEMAKER | Conference regarding next steps. | .20 | $320.00 | $64.00 | _____ |
| 999250 | 1 | 12/10/18 | 3067655 | ALINA NADIR | Draft responses to defendants' motions for new trial or to alter judgment. | 8.80 | $260.00 | $2,288.00 | _____ |
| 999250 | 1 | 12/10/18 | 3068716 | JANICE HANCE | Receipt and review and download affidavit filed by J. Wujcik. | .20 | $175.00 | $35.00 | _____ |
| 999250 | 1 | 12/10/18 | 3073316 | JENNIFER SHOEMAKER | Review and revise motion response; conferences with A. Nadir; review filings from opposing counsel. | 2.80 | $320.00 | $896.00 | _____ |
| 999250 | 1 | 12/10/18 | 3073544 | JENNIFER SHOEMAKER | Review and revise motion response. | 1.90 | $320.00 | $608.00 | _____ |
| 999250 | 1 | 12/11/18 | 3067845 | ALINA NADIR | Review defendants' responses to plaintiff's motion for fees, interest, and costs; draft reply to defendants' responses to plaintiff's motion for fees, interest, and costs. | 2.60 | $260.00 | $676.00 | _____ |
| 999250 | 1 | 12/11/18 | 3068729 | JANICE HANCE | Receipt and review of e-filed motions by Plaintiff and the State; download and review same; interoffice conference with J. Shoemaker regarding fees. | .40 | $175.00 | $70.00 | _____ |
| 999250 | 1 | 12/12/18 | 3068126 | ALINA NADIR | Draft reply to defendants' responses to plaintiff's motion for fees, interest, and costs. | 4.70 | $260.00 | $1,222.00 | _____ |
| 999250 | 1 | 12/13/18 | 3068405 | ALINA NADIR | Draft reply to defendants' responses to plaintiff's motion for fees, interest, and costs. | 4.80 | $260.00 | $1,248.00 | _____ |
| 999250 | 1 | 12/14/18 | 3068663 | ALINA NADIR | Draft reply to defendants' responses to plaintiff's motion for fees, interest, and costs. | 4.30 | $260.00 | $1,118.00 | _____ |
| 999250 | 1 | 12/14/18 | 3073542 | JENNIFER SHOEMAKER | Review and revise motion response. | 2.00 | $320.00 | $640.00 | _____ |
| 999250 | 1 | 12/17/18 | 3069222 | ALINA NADIR | Draft reply to defendants' responses to plaintiff's motion for fees, interest, and costs and file same. | 5.90 | $260.00 | $1,534.00 | _____ |
| 999250 | 1 | 12/17/18 | 3070349 | JANICE HANCE | Receipt and review of e-filed motions; download and save same. | .40 | $175.00 | $70.00 | _____ |
| 999250 | 1 | 12/17/18 | 3073499 | JENNIFER SHOEMAKER | Several conferences regarding interest and attorneys' fees; review draft. | 1.80 | $320.00 | $576.00 | _____ |
| 999250 | 1 | 12/17/18 | 3073541 | JENNIFER SHOEMAKER | Work on motion response. | 2.80 | $320.00 | $896.00 | _____ |

# Underberg & Kessler LLP
## Billing Instruction Worksheet

Page: 10
04/25/19   7:24 AM

| Client Code | Matter Code | Work Date | Transaction No. | Timekeeper | Description | Hours | Rate | Amount | Bill This Amount: |
|---|---|---|---|---|---|---|---|---|---|
| 999250 | 1 | 12/18/18 | 3069535 | ALINA NADIR | Review Defendant Cuer's Reply to Rule 59 Motion. | .50 | $260.00 | $130.00 | _____ |
| 999250 | 1 | 12/19/18 | 3073552 | JENNIFER SHOEMAKER | Review second circuit rules and procedures. | 1.50 | $320.00 | $480.00 | _____ |
| 999250 | 1 | 12/20/18 | 3073537 | JENNIFER SHOEMAKER | Work on motion response. | 2.60 | $320.00 | $832.00 | _____ |
| 999250 | 1 | 01/14/19 | 3079784 | JANICE HANCE | Receipt and review of correspondence from J. Wujcik to the Second Circuit advising of status of motions pending in District Court. | .20 | $180.00 | $36.00 | _____ |
| 999250 | 1 | 02/13/19 | 3093757 | JENNIFER SHOEMAKER | Email with WC board regarding lien and appeal. | .20 | $325.00 | $65.00 | _____ |
| 999250 | 1 | 02/14/19 | 3089642 | JANICE HANCE | Receipt and review of e-mails from State Insurance Fund and J. Shoemaker regarding workers' comp lien. | .20 | $180.00 | $36.00 | _____ |
| 999250 | 1 | 02/14/19 | 3093815 | JENNIFER SHOEMAKER | Review stay status letter for second circuit. | .20 | $325.00 | $65.00 | _____ |
| 999250 | 1 | 03/28/19 | 3103228 | JANICE HANCE | Review file regarding F. Annarino witness fees and days of testimony; e-mail to accounting requesting copy of payment to F. Annarino. | .20 | $180.00 | $36.00 | _____ |
| 999250 | 1 | 03/29/19 | 3103369 | JANICE HANCE | Receipt and review of information regarding checks issued to F. Annarino for testifying at trial; review file regarding 2 days of testifying; arrange for payment of witness fee and mileage for second day of testimony. | .40 | $180.00 | $72.00 | _____ |
| 999250 | 1 | 04/02/19 | 3106500 | JANICE HANCE | Review file regarding previous payments to F. Annarino and determine if checks were cashed; request additional checks for payment of witness fees and mileage reimbursement; prepare letter to witness forwarcing same. | .40 | $180.00 | $72.00 | _____ |
| 999250 | 1 | 04/02/19 | 3109883 | JENNIFER SHOEMAKER | Review email correspondence from F. Annarino regarding subpoena fee; conference with J. Hance. | .30 | $325.00 | $97.50 | _____ |
| 999250 | 1 | 04/15/19 | 3109835 | JENNIFER SHOEMAKER | Review Court's decision regarding motions to set aside verdict, attorneys' fees, costs, etc.  Several office conferences regarding | 1.50 | $325.00 | $487.50 | _____ |

# Underberg & Kessler LLP
## Billing Instruction Worksheet

Page: 11
04/25/19
7:24 AM

| Client Code | Matter Code | Work Date | Transaction No. | Timekeeper | Description | Hours | Rate | Amount | Bill This Amount: |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | same. | | | | |
| 999250 | 1 | 04/15/19 | 3110093 | ALINA NADIR | Review and analyze Court's decision on post-trial motions, including attorney's fees, pre and post judgment interest and remittitur; discuss same with J. Shoemaker and J. Hance. | 1.50 | $270.00 | $405.00 | _____ |
| 999250 | 1 | 04/16/19 | 3108438 | JANICE HANCE | Thorough review of the Court's Decision and Order for post-trial motions; communications with J. Shoemaker and A. Nadir regarding same, trial on damages alone for C. Cuer and how to proceed. | 1.30 | $180.00 | $234.00 | _____ |
| 999250 | 1 | 04/17/19 | 3109836 | JENNIFER SHOEMAKER | Lengthy telephone conference with client explaining judge's post trial decision; review decision. | 2.00 | $325.00 | $650.00 | _____ |
| 999250 | 1 | 04/18/19 | 3109839 | JENNIFER SHOEMAKER | Conference with A. Nadir regarding client and whether she will accept remittitur. | .20 | $325.00 | $65.00 | _____ |
| 999250 | 1 | 04/20/19 | 3109997 | JENNIFER SHOEMAKER | Conference with client regarding remittitur. | .20 | $325.00 | $65.00 | _____ |
| 999250 | 1 | 04/22/19 | 3109845 | JENNIFER SHOEMAKER | Text with client regarding decision on remittitur. | .20 | $325.00 | $65.00 | _____ |
| 999250 | 1 | 04/22/19 | 3109846 | JANICE HANCE | E-mails from and to Dr. Reagles' office inquiring as to status of settlement and appeal; interoffice conference with J. Shoemaker regarding same, motion for post-trial fees and the appeal process; request billing report and receipt and review of same; review previous motion for fees and prepare Affidavit requesting award of post-trial fees and costs. | 1.90 | $180.00 | $342.00 | _____ |
| 999250 | 1 | 04/23/19 | 3109844 | JENNIFER SHOEMAKER | Review court's decision; review and revise client affidavit. | .50 | $325.00 | $162.50 | _____ |
| 999250 | 1 | 04/23/19 | 3109847 | JANICE HANCE | Review file regarding client's desire to accept the court's remittitur and moving forward; prepare affidavit for client's signature confirming same. | 1.60 | $180.00 | $288.00 | _____ |
| 999250 | 1 | 04/24/19 | 3109849 | JENNIFER SHOEMAKER | Review and revise supplemental motion for attorneys' fees and affidavit from client regarding remittitur; review time entries and costs and several conferences regarding | 1.70 | $325.00 | $552.50 | _____ |

# Underberg & Kessler LLP
## Billing Instruction Worksheet

| Client Code | Matter Code | Work Date | Transaction No. | Timekeeper | Description | Hours | Rate | Amount | Bill This Amount: |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | online research inadvertently excluded from initial motion for costs.  Conference with client regarding affidavit. | | | | |
| 999250 | 1 | 04/24/19 | 3109894 | JANICE HANCE | Review file regarding fees and costs billing; review previously billing statements regarding online research costs; revise J. Shoemaker Affidavit to include costs for online research; revise P. Small Affidavit. | .70 | $180.00 | $126.00 | _____ |
| | | | | | | | TOTAL: | $60975.00 | |

Page: 12
04/25/19   7:24 AM

# EXHIBIT B

# Underberg & Kessler LLP
# Billing Instruction Worksheet

**Account:**            Pamela Small/Pamela Small vs. NYS Department of Corrections
**Requested By:**       LORI E. GORDON
**Draft Bill Number:**  373551
**Draft Bill Date:**    04/22/19

**Client(s) / Matter(s):**    999250 / 1
                              Pamela Small / Pamela Small vs. NYS Department of Corrections

**Contact Name:**

**Billing Address:**
                       Pamela Small
                       14 Fath Drive, #5
                       Cheektowaga, NY 14225

**Timekeeper Assignments:**
Billing:               JENNIFER SHOEMAKER
                       Responsible:        JENNIFER SHOEMAKER
                       Originating:        JENNIFER SHOEMAKER

| BILLING TO DATE | HOURS | FEES | DIRECT EXPENSES | INDIRECT EXPENSES | AGED ACCOUNTS RECEIVABLE | |
|---|---|---|---|---|---|---|
| RELIEVED: | 0.00 | $0.00 | $0.00 | $0.00 | CURRENT | $0.00 |
| BILLED: | 0.00 | $0.00 | $0.00 | $0.00 | 30 DAYS | $0.00 |
| VARIANCE: | | $0.00 | $0.00 | $0.00 | 60 DAYS | $0.00 |
| % OF REALIZATION: | | 100.0 % | 100.00 % | 100.00 % | 90 DAYS | $0.00 |
| BILLING WRITE UP: | | $0.00 | $0.00 | $0.00 | 120+ DAYS | $0.00 |
| BILLING WRITE DOWN: | | $0.00 | $0.00 | $0.00 | TOTAL | $0.00 |
| RECEIVABLE WRITE OFF: | | $0.00 | $0.00 | $0.00 | | |
| TOTAL OUTSTANDING: | | $0.00 | $0.00 | $0.00 | UNAP. CASH: | $0.00 |
| | | | | | TRUST BAL.: | $0.00 |

## Billing Instructions:

| | | | | | |
|---|---|---|---|---|---|
| [ ] | Bill In Full | | [ ] | Reject In Full | |
| [ ] | Bill  Fees | $ _____ | [ ] | Write Off  in Full | |
| [ ] | Bill  Costs | $ _____ | [ ] | Apply Trust Funds | $_____ |
| [ ] | Total Fees/Costs | $ _____ | [ ] | Apply Unapplied Cash | $_____ |

**Bookkeeping Department Only:**
Bill Number: _____
Bill Date: _____
Bill Mail Date: _____
Billed By: _____

# Underberg & Kessler LLP
## Billing Instruction Worksheet

Billing Attorney Approval:_____        Date:_____

# Underberg & Kessler LLP
# Billing Instruction Worksheet

Matter Opened: 9/1/2011

| | | | | | |
|---|---|---|---|---|---|
| Assigned Bill Format: | UKDOLLAR | | | | |
| Billing Frequency: | Demand | | | | |
| Draft Bill Fee Amount: | $0.00 | Draft Bill Cost Amount: | $2,098.96 | Draft Bill Total: | $2,098.96 |

Last Bill Amount:          $0.00

Last Payment:           n/a
Last Bill Date:           n/a
Last Time Worked:      04/24/2019
Last Cost Entered:      04/02/2019

Fees and Costs Thru Date:      4/22/2019

Area of Law:          DOMESTIC RELATIONS

Office:          ROCHESTER
Department:          LITIGATION

# Underberg & Kessler LLP
## Billing Instruction Worksheet

**Timekeeper Summary**

**Fees**

**Costs**

| Client Code | Matter Code | Work Date | Transaction No. | Timekeeper | Cost Description | Cost Code | Amount | Bill This Amount: |
|---|---|---|---|---|---|---|---|---|
| 999250 | 1 | 12/05/18 | 3072586 | 125059 | On-line Computer Research - Online Research | ACOMPR | $321.30 | _____ |
| 999250 | 1 | 12/06/18 | 3072588 | 125059 | On-line Computer Research - Online Research | ACOMPR | $128.52 | _____ |
| 999250 | 1 | 12/07/18 | 3072589 | 125059 | On-line Computer Research - | ACOMPR | $321.30 | _____ |
| 999250 | 1 | 12/09/18 | 3072591 | 125059 | On-line Computer Research - Online Research | ACOMPR | $192.78 | _____ |
| 999250 | 1 | 12/10/18 | 3072593 | 125059 | On-line Computer Research - Online Research | ACOMPR | $624.24 | _____ |
| 999250 | 1 | 12/13/18 | 3072594 | 125059 | On-line Computer Research - Online Research | ACOMPR | $192.78 | _____ |
| 999250 | 1 | 12/17/18 | 3072595 | 125059 | On-line Computer Research - Online Research | ACOMPR | $64.26 | _____ |
| 999250 | 1 | 12/17/18 | 3092078 | 125059 | Online Research - Electronic Court Records Search. | E106 | $1.20 | _____ |
| 999250 | 1 | 01/31/19 | 3084726 | 125059 | COMPUTER RESEARCH FIRM - Q3 2018- Online Research | FCOMPR | $52.20 | _____ |
| 999250 | 1 | 03/29/19 | 3102627 | 108737 | CLIENT MISCELLANEOUS CHARGES - FRANK ANNARINO - Subpoena fee & mileage for 2nd Day of testimony | CMISC | $100.19 | _____ |
| 999250 | 1 | 04/02/19 | 3104400 | 108737 | CLIENT MISCELLANEOUS CHARGES - FRANK ANNARINO - Witness Fee & Mileage Reimbursement for 2nd day of trial | CMISC | $100.19 | _____ |

**TOTAL:** $2098.96

**Cost Summary**

| Cost Description | Amount | Bill This Amount: |
|---|---|---|
| CLIENT MISCELLANEOUS CHARGES | $200.38 | _____ |
| COMPUTER RESEARCH FIRM | $52.20 | _____ |
| On-line Computer Research | $1,845.18 | _____ |
| Online Research | $1.20 | _____ |
| **TOTAL:** | **$2098.96** | |

**Trust History**

# EXHIBIT C

# Underberg & Kessler LLP
## Billing Instruction Worksheet

Page:        1
04/25/19      11:38 AM

**Account:**          Pamela Small/Pamela Small vs. NYS Department of Corrections
**Requested By:**     LORI E. GORDON
**Draft Bill Number:** 373551
**Draft Bill Date:**  04/22/19

**Client(s) / Matter(s):**   999250 / 1
                            Pamela Small / Pamela Small vs. NYS Department of Corrections

**Contact Name:**

**Billing Address:**
                     Pamela Small
                     14 Fath Drive, #5
                     Cheektowaga, NY 14225

**Timekeeper Assignments:**
Billing:             JENNIFER SHOEMAKER
                     Responsible:    JENNIFER SHOEMAKER
                     Originating:    JENNIFER SHOEMAKER

| BILLING TO DATE | HOURS | FEES | DIRECT EXPENSES | INDIRECT EXPENSES | AGED ACCOUNTS RECEIVABLE | |
|---|---|---|---|---|---|---|
| RELIEVED: | 0.00 | $0.00 | $0.00 | $0.00 | CURRENT | $0.00 |
| BILLED: | 0.00 | $0.00 | $0.00 | $0.00 | 30 DAYS | $0.00 |
| VARIANCE: | | $0.00 | $0.00 | $0.00 | 60 DAYS | $0.00 |
| % OF REALIZATION: | | 100.0 % | 100.0 % | 100.0 % | 90 DAYS | $0.00 |
| BILLING WRITE UP: | | $0.00 | $0.00 | $0.00 | 120+ DAYS | $0.00 |
| BILLING WRITE DOWN: | | $0.00 | $0.00 | $0.00 | TOTAL | $0.00 |
| RECEIVABLE WRITE OFF: | | $0.00 | $0.00 | $0.00 | | |
| TOTAL OUTSTANDING: | | $0.00 | $0.00 | $0.00 | UNAP. CASH: | $0.00 |
| | | | | | TRUST BAL.: | $0.00 |

## Billing Instructions:

[ ]    Bill In Full
[ ]    Bill  Fees          $ _____
[ ]    Bill  Costs         $ _____
[ ]    Total Fees/Costs    $ _____

[ ]   Reject In Full
[ ]   Write Off  in Full
[ ]   Apply Trust Funds      $_____
[ ]   Apply Unapplied Cash $_____

**Bookkeeping Department Only:**
Bill Number: _____
Bill Date: _____
Bill Mail Date: _____
Billed By: _____

# Underberg & Kessler LLP
## Billing Instruction Worksheet

Billing Attorney Approval:_____        Date:_____

# Underberg & Kessler LLP
## Billing Instruction Worksheet

Matter Opened: 9/1/2011

| | |
|---|---|
| Assigned Bill Format: | UKDOLLAR |
| Billing Frequency: | Demand |

| | | | | | |
|---|---|---|---|---|---|
| Draft Bill Fee Amount: | $0.00 | Draft Bill Cost Amount: | $27,011.89 | Draft Bill Total: | $27,011.89 | Last Bill Amount: | $0.00 |

| | |
|---|---|
| Last Payment: | n/a |
| Last Bill Date: | n/a |
| Last Time Worked: | 04/24/2019 |
| Last Cost Entered: | 04/02/2019 |

| | |
|---|---|
| Fees and Costs Thru Date: | 4/22/2019 |

| | |
|---|---|
| Area of Law: | DOMESTIC RELATIONS |

| | |
|---|---|
| Office: | ROCHESTER |
| Department: | LITIGATION |

# Underberg & Kessler LLP
## Billing Instruction Worksheet

Timekeeper Summary

Fees

Costs

| Client Code | Matter Code | Work Date | Transaction No. | Timekeeper | Cost Description | Cost Code | Amount | Bill This Amount: |
|---|---|---|---|---|---|---|---|---|
| 999250 | 1 | 05/06/13 | 2437153 | 110359 | On-line Computer Research - On-line Computer Research | ACOMPR | $271.00 | _____ |
| 999250 | 1 | 05/08/13 | 2437155 | 110359 | On-line Computer Research - On-line Computer Research | ACOMPR | $118.65 | _____ |
| 999250 | 1 | 05/13/13 | 2441211 | 108737 | On-line Computer Research - On-line Computer Research | ACOMPR | $37.28 | _____ |
| 999250 | 1 | 05/16/13 | 2441212 | 108737 | On-line Computer Research - On-line Computer Research | ACOMPR | $157.51 | _____ |
| 999250 | 1 | 09/25/14 | 2593597 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $98.01 | _____ |
| 999250 | 1 | 10/03/14 | 2600585 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $140.76 | _____ |
| 999250 | 1 | 10/08/14 | 2600591 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $104.04 | _____ |
| 999250 | 1 | 10/31/14 | 2608637 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $85.59 | _____ |
| 999250 | 1 | 11/04/14 | 2608639 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $86.18 | _____ |
| 999250 | 1 | 02/20/15 | 2644671 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $52.22 | _____ |
| 999250 | 1 | 02/23/15 | 2644672 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $26.11 | _____ |
| 999250 | 1 | 02/24/15 | 2644673 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $20.88 | _____ |
| 999250 | 1 | 03/21/15 | 2654465 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $11.30 | _____ |
| 999250 | 1 | 03/22/15 | 2654467 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $16.96 | _____ |
| 999250 | 1 | 03/26/15 | 2654469 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $176.78 | _____ |
| 999250 | 1 | 03/27/15 | 2654470 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $88.39 | _____ |
| 999250 | 1 | 03/30/15 | 2655790 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $5.71 | _____ |
| 999250 | 1 | 03/30/15 | 2655793 | 118826 | On-line Computer Research - On-line Computer Research - | ACOMPR | $59.57 | _____ |

# Underberg & Kessler LLP
## Billing Instruction Worksheet

| Client Code | Matter Code | Work Date | Transaction No. | Timekeeper | Cost Description | Cost Code | Amount | Bill This Amount: |
|---|---|---|---|---|---|---|---|---|
| | | | | | AN | | | |
| 999250 | 1 | 05/22/15 | 2672677 | 118826 | On-line Computer Research - Online Computer Research - AXN | ACOMPR | $260.58 | _____ |
| 999250 | 1 | 05/22/15 | 2672680 | 118826 | On-line Computer Research - Online Computer Research - AXN | ACOMPR | $702.67 | _____ |
| 999250 | 1 | 06/01/15 | 2678630 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $194.07 | _____ |
| 999250 | 1 | 06/01/15 | 2678631 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $602.39 | _____ |
| 999250 | 1 | 06/01/15 | 2678632 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $35.28 | _____ |
| 999250 | 1 | 06/10/15 | 2678689 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $68.51 | _____ |
| 999250 | 1 | 06/11/15 | 2678690 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $47.33 | _____ |
| 999250 | 1 | 06/11/15 | 2678691 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $34.25 | _____ |
| 999250 | 1 | 07/06/15 | 2689764 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $11.05 | _____ |
| 999250 | 1 | 07/07/15 | 2689766 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $22.10 | _____ |
| 999250 | 1 | 07/08/15 | 2689767 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $22.10 | _____ |
| 999250 | 1 | 09/30/15 | 2715999 | 118826 | On-line Computer Research - On-line Computer Research - AN | ACOMPR | $45.56 | _____ |
| 999250 | 1 | 05/25/16 | 2795130 | 118826 | On-line Computer Research - | ACOMPR | $481.14 | _____ |
| 999250 | 1 | 05/26/16 | 2795140 | 108737 | On-line Computer Research - | ACOMPR | $53.46 | _____ |
| 999250 | 1 | 06/06/16 | 2803140 | 108655 | On-line Computer Research - | ACOMPR | $53.46 | _____ |
| 999250 | 1 | 06/07/16 | 2803149 | 116108 | On-line Computer Research - | ACOMPR | $267.30 | _____ |
| 999250 | 1 | 06/08/16 | 2803156 | 118826 | On-line Computer Research - | ACOMPR | $53.46 | _____ |
| 999250 | 1 | 06/09/16 | 2803179 | 108655 | On-line Computer Research - | ACOMPR | $53.46 | _____ |
| 999250 | 1 | 06/06/17 | 2910795 | 118826 | On-line Computer Research - | ACOMPR | $3,175.20 | _____ |
| 999250 | 1 | 06/12/17 | 2911653 | 118826 | On-line Computer Research - | ACOMPR | $160.38 | _____ |
| 999250 | 1 | 06/13/17 | 2911656 | 118826 | On-line Computer Research - | ACOMPR | $946.08 | _____ |
| 999250 | 1 | 06/14/17 | 2911658 | 118826 | On-line Computer Research - | ACOMPR | $320.76 | _____ |
| 999250 | 1 | 06/14/17 | 2911659 | 120359 | On-line Computer Research - | ACOMPR | $134.46 | _____ |
| 999250 | 1 | 06/19/17 | 2914256 | 118826 | On-line Computer Research - | ACOMPR | $641.52 | _____ |
| 999250 | 1 | 06/22/17 | 2914365 | 118826 | On-line Computer Research - | ACOMPR | $374.22 | _____ |
| 999250 | 1 | 06/26/17 | 2916035 | 118826 | On-line Computer Research - | ACOMPR | $978.48 | _____ |

# Underberg & Kessler LLP
## Billing Instruction Worksheet

| Client Code | Matter Code | Work Date | Transaction No. | Timekeeper | Cost Description | Cost Code | Amount | Bill This Amount: |
|---|---|---|---|---|---|---|---|---|
| 999250 | 1 | 06/27/17 | 2916063 | 118826 | On-line Computer Research - | ACOMPR | $1,389.96 | |
| 999250 | 1 | 06/28/17 | 2916090 | 118826 | On-line Computer Research - | ACOMPR | $1,834.38 | |
| 999250 | 1 | 06/28/17 | 2916092 | 108655 | On-line Computer Research - | ACOMPR | $548.10 | |
| 999250 | 1 | 07/06/17 | 2920524 | 108655 | On-line Computer Research - | ACOMPR | $106.92 | |
| 999250 | 1 | 07/09/17 | 2920588 | 118826 | On-line Computer Research - | ACOMPR | $0.00 | |
| 999250 | 1 | 07/11/17 | 2920592 | 118826 | On-line Computer Research - | ACOMPR | $251.10 | |
| 999250 | 1 | 07/12/17 | 2920603 | 118826 | On-line Computer Research - | ACOMPR | $1,053.00 | |
| 999250 | 1 | 07/12/17 | 2920605 | 108655 | On-line Computer Research - | ACOMPR | $1,641.06 | |
| 999250 | 1 | 07/14/17 | 2923613 | 118826 | On-line Computer Research - | ACOMPR | $53.46 | |
| 999250 | 1 | 07/17/17 | 2923618 | 118826 | On-line Computer Research - | ACOMPR | $106.92 | |
| 999250 | 1 | 08/10/17 | 2928205 | 118826 | On-line Computer Research - | ACOMPR | $197.64 | |
| 999250 | 1 | 08/11/17 | 2929874 | 118826 | On-line Computer Research - | ACOMPR | $53.46 | |
| 999250 | 1 | 08/29/17 | 2934050 | 118826 | On-line Computer Research - | ACOMPR | $588.06 | |
| 999250 | 1 | 09/01/17 | 2940543 | 118826 | On-line Computer Research - | ACOMPR | $53.46 | |
| 999250 | 1 | 09/05/17 | 2940549 | 120359 | On-line Computer Research - | ACOMPR | $120.96 | |
| 999250 | 1 | 01/10/18 | 2973509 | 118826 | On-line Computer Research - | ACOMPR | $518.50 | |
| 999250 | 1 | 01/11/18 | 2973515 | 118826 | On-line Computer Research - | ACOMPR | $102.00 | |
| 999250 | 1 | 02/21/18 | 2984454 | 118826 | On-line Computer Research - | ACOMPR | $280.50 | |
| 999250 | 1 | 02/26/18 | 2986350 | 119475 | On-line Computer Research - | ACOMPR | $209.00 | |
| 999250 | 1 | 02/26/18 | 2986351 | 118826 | On-line Computer Research - | ACOMPR | $187.00 | |
| 999250 | 1 | 02/27/18 | 2986355 | 118826 | On-line Computer Research - | ACOMPR | $221.00 | |
| 999250 | 1 | 02/28/18 | 2987498 | 118826 | On-line Computer Research - | ACOMPR | $59.50 | |
| 999250 | 1 | 03/05/18 | 2988345 | 119475 | On-line Computer Research - | ACOMPR | $145.26 | |
| 999250 | 1 | 07/23/18 | 3064723 | 125059 | On-line Computer Research - Pacer-online research | ACOMPR | $0.40 | |
| 999250 | 1 | 08/01/18 | 3036539 | 118826 | On-line Computer Research - on-line research | ACOMPR | $156.06 | |
| 999250 | 1 | 08/07/18 | 3036541 | 118826 | On-line Computer Research - on-line research | ACOMPR | $1,441.26 | |
| 999250 | 1 | 08/23/18 | 3064727 | 125059 | On-line Computer Research - Pacer-online research | ACOMPR | $9.50 | |
| 999250 | 1 | 08/24/18 | 3064728 | 125059 | On-line Computer Research - Pacer-online research | ACOMPR | $1.40 | |
| 999250 | 1 | 08/27/18 | 3037503 | 118826 | On-line Computer Research - on-line research | ACOMPR | $128.52 | |
| 999250 | 1 | 08/28/18 | 3037500 | 118826 | On-line Computer Research - on-line research | ACOMPR | $64.26 | |
| 999250 | 1 | 08/29/18 | 3064729 | 125059 | On-line Computer Research - Pacer-online research | ACOMPR | $1.70 | |
| 999250 | 1 | 09/05/18 | 3064730 | 125059 | On-line Computer Research - Pacer-online research | ACOMPR | $2.70 | |
| 999250 | 1 | 09/06/18 | 3042125 | 111474 | On-line Computer Research - online computer research | ACOMPR | $376.38 | |
| 999250 | 1 | 09/06/18 | 3044833 | 121298 | On-line Computer Research - on-line computer research | ACOMPR | $376.38 | |
| 999250 | 1 | 09/10/18 | 3064731 | 125059 | On-line Computer Research - Pacer-online research | ACOMPR | $5.10 | |
| 999250 | 1 | 09/11/18 | 3044840 | 116108 | On-line Computer Research - on-line computer research | ACOMPR | $431.46 | |
| 999250 | 1 | 09/11/18 | 3064732 | 125059 | On-line Computer Research - Pacer-online research | ACOMPR | $12.50 | |
| 999250 | 1 | 09/19/18 | 3064733 | 125059 | On-line Computer Research - Pacer-online research | ACOMPR | $18.90 | |

# Underberg & Kessler LLP
## Billing Instruction Worksheet

| Client Code | Matter Code | Work Date | Transaction No. | Timekeeper | Cost Description | Cost Code | Amount | Bill This Amount: |
|---|---|---|---|---|---|---|---|---|
| 999250 | 1 | 09/20/18 | 3044842 | 118826 | On-line Computer Research - on-line computer research | ACOMPR | $385.56 | _____ |
| 999250 | 1 | 09/20/18 | 3044858 | 116108 | On-line Computer Research - on-line computer research | ACOMPR | $128.52 | _____ |
| 999250 | 1 | 09/23/18 | 3044844 | 118826 | On-line Computer Research - on-line computer research | ACOMPR | $128.52 | _____ |
| 999250 | 1 | 09/23/18 | 3044861 | 108737 | On-line Computer Research - on-line computer research | ACOMPR | $257.04 | _____ |
| 999250 | 1 | 09/24/18 | 3044846 | 118826 | On-line Computer Research - on-line computer research | ACOMPR | $238.68 | _____ |
| 999250 | 1 | 10/15/18 | 3053271 | 118826 | On-line Computer Research - Online research | ACOMPR | $39.50 | _____ |
| 999250 | 1 | 10/16/18 | 3053119 | 118826 | On-line Computer Research - Online research | ACOMPR | $862.92 | _____ |
| 999250 | 1 | 10/16/18 | 3057698 | 125059 | COMPUTER RESEARCH (ROC) - computer research | RACOMPR | $284.58 | _____ |
| 999250 | 1 | 10/17/18 | 3057701 | 125059 | COMPUTER RESEARCH (ROC) - computer research | RACOMPR | $257.04 | _____ |
| 999250 | 1 | 10/22/18 | 3057677 | 125059 | COMPUTER RESEARCH (ROC) - computer research | RACOMPR | $321.30 | _____ |
| 999250 | 1 | 10/25/18 | 3057703 | 125059 | COMPUTER RESEARCH (ROC) - computer research | RACOMPR | $64.26 | _____ |
| | | | | | | TOTAL: | $27011.89 | |

## Cost Summary

| Cost Description | Amount | Bill This Amount: |
|---|---|---|
| COMPUTER RESEARCH (ROC) | $927.18 | _____ |
| On-line Computer Research | $26,084.71 | _____ |
| TOTAL: | $27011.89 | |

## Trust History