<u>Judgment in a Civil Case</u>

United States District Court
<u>                        WESTERN DISTRICT OF NEW YORK                        </u>

PAMELA S. SMALL,

    Plaintiff,

 v.

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, CARL CUER,
JAMES CONWAY, AND SANDRA DOLCE,

    Defendants.

**AMENDED
JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 12-CV-1236-WMS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that judgment is entered in Plaintiff's favor against Defendant New York State Department of Corrections and Community Supervision on claims 1 and 2 in the amount of $2,488,250.79.

FURTHER, that judgment is entered in Plaintiff's favor against Defendant Sandra Dolce on claim 3 in the amount of $480,000.00.

FURTHER, that judgment is entered in Plaintiff's favor against Defendant James Conway on claim 3 in the amount of $240,000.00.

FURTHER, that judgment is entered in Plaintiff's favor against Defendants New York State Department of Corrections and Community Supervision, Sandra Dolce, and James Conway in the amount of $862,395.30 for attorneys' fees.

FURTHER, that judgment is entered in Plaintiff's favor against Defendants New York State Department of Corrections and Community Supervision, Sandra Dolce, and James Conway in the amount of $100,448.72 for cost.

FURTHER, that post-judgment interest under 28 U.S.C. § 1961 (a) will run from October 11, 2018.

Case 1:12-cv-01236-WMS-MJR   Document 222   Filed 04/25/19   Page 2 of 2

FURTHER, that the amended judgment may be amended further to include Defendant Cuer once Plaintiff notifies this Court of her remittitur decision.

Date: April 25, 2019                    MARY C. LOEWENGUTH
                                        CLERK OF COURT

                                        By: s/K.McMillan
                                            Deputy Clerk