Judgment in a Civil Case
_____

## United States District Court
## WESTERN DISTRICT OF NEW YORK

PAMELA S. SMALL                         **AMENDED JUDGMENT IN A CIVIL CASE**
                                                    CASE NUMBER: 12-CV-1236 S

v.

NEW YORK STATE DEPARTMENT
OF CORRECTIONS AND COMMUNITY
SUPERVISION, CARL CUER, JAMES CONWAY,
And SANDRA DOLCE

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that judgment is entered in Plaintiff's favor against Defendant New York State Department of Corrections and Community Supervision on Claims 1 and 2 in the amount of $2,488,250.79.

FURTHER, that judgment is entered in Plaintiff's favor against Defendant Carl Cuer on Claims 3 and 4 in the amount of $3,276,371.35.

FURTHER, that judgment is entered in Plaintiff's favor against Defendant Sandra Dolce on Claim 3 in the amount of $480,000.

FURTHER, that judgment is entered in Plaintiff's favor against Defendant James Conway on Claim 3 in the amount of $240,000.

FURTHER, that judgment is entered in Plaintiff's favor against Defendants New York State Department of Corrections and Community Supervision, Carl Cuer,

Sandra Dolce, and James Conway in the amount of $862,395.30 for attorneys' fees.

FURTHER, that judgment is entered in Plaintiff's favor against Defendants New York State Department of Corrections and Community Supervision, Carl Cuer, Sandra Dolce, and James Conway in the amount of $50,458.05 for supplemental attorneys' fees.

FURTHER, that judgment is entered in Plaintiff's favor against Defendants New York State Department of Corrections and Community Supervision, Carl Cuer, Sandra Dolce, and James Conway in the amount of $100,448.72 for costs.

FURTHER, that judgment is entered in Plaintiff's favor against Defendants New York State Department of Corrections and Community Supervision, Carl Cuer, Sandra Dolce, and James Conway in the amount of $3,026.14 for supplemental costs.

FURTHER, that post-judgment interest under 28 U.S.C. § 1961 (a) will run from October 11, 2018.

Date: May 30, 2019

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Kirstie L. Henry
    Deputy Clerk